KIMBERLEY A. WORLEY, State Bar No. 119299
HOLDEN LAW GROUP
1522 Lincoln Way
Auburn, CA  95603-5015
Telephone:    530.888.0901
Facsimile:    530.888.0902

Attorneys for Defendant
BIGGS-GRIDLEY MEMORIAL HOSPITAL


MICHAEL J. TREZZA, State Bar No.
TREZZA, ITHURBURN, STEIDLMAYER & ITHURBURN
506 Second Street
Yuba City, CA 95991
Telephone:  530.673.5637

Attorneys for Plaintiff
KENNETH RISHE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH RISHE<br><br>           Plaintiff,<br><br>       v.<br><br>BIGGS-GRIDLEY MEMORIAL HOSPITAL and DOES 1 through 25, inclusive,<br><br>           Defendants. | Case No. 2:11-CV-03014-MCE-CMK<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER RE SAME**<br><br>[Fed. R. Civ. P. 25(a), 41(a)(2)] |

   WHEREAS, the parties stipulate as follows:

   1.   Plaintiff died on February 15, 2012;

   2.   Plaintiff's counsel has notified Defendant's counsel that Plaintiff's estate has not been and will not be probated;

   3.   Plaintiff's counsel has notified Defendant's counsel that Plaintiff's successor and representative is his wife, Angeles M. Rishe;

   4.   Plaintiff's counsel has notified Defendant's counsel that Ms. Rishe has requested that the matter be dismissed with prejudice, each party to bear their own attorneys' fees and costs;

5. Plaintiff's counsel has notified Defendant's counsel that he has been authorized by Ms. Rishe to sign and submit the documents needed to accomplish that goal;

6. Defendant has received Ms. Rishe's executed agreement authorizing the dismissal with prejudice, each party to bear their own attorneys' fees and costs; and

7. The parties hereby agree that this matter shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: October 26, 2012

TREZZA, ITHURBURN, STEIDLMAYER & ITHURBURN

By:    /s/ Michael J. Trezza
MICHAEL J. TREZZA
Attorneys for Plaintiff
KENNETH RISHE

Dated: October 26, 2012

HOLDEN LAW GROUP

By:    /s/ Kimberley A. Worley
KIMBERLEY A. WORLEY
Attorneys for Defendant
BIGGS-GRIDLEY MEMORIAL HOSPITAL

### ORDER

The parties having stipulated and good cause appearing, the Court hereby dismisses this action with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: November 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

HOLDEN LAW GROUP
1522 LINCOLN WAY
AUBURN, CA 95603
530.888.0901

STIPULATION FOR VOLUNTARY DISMISSAL
WITH PREJUDICE

CASE NO. 2:11-CV-03014-MCE-CMK